IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JERRY DALE BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:12-cv-04077-KOB-SGC |
| ) | |
| DOCTOR PAVLAKOVIC, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

Plaintiff Jerry Dale Bennett initiated this *pro se* lawsuit pursuant to 42 U.S.C. § 1983. On July 25, 2014, the magistrate judge filed a report and recommendation concluding, pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), that the court should dismiss this action for failing to state a claim upon which relief can be granted. (Doc. 22). The magistrate judge further recommended that Plaintiff's motion for injunctive relief (doc. 17) be denied without prejudice. No party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and ACCEPTS her recommendations. Accordingly, the court finds that Plaintiff's motion for injunctive relief (Doc. 17) is due to be denied, and that the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted.

The court will enter a separate Order in conformity with this opinion.

DONE and ORDERED this 29th day of August, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE